# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

FILED
04/27/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Matthew Bryant Pugh__

v.

(Full name of defendant(s))

__Ann Smith Mischler__

Case Number:

1:23-cv-735-JMS-TAB

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __1000 Van-Nuys Rd / P.O. Box E, New Castle, IN 47362__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Ann Smith Mischler__
   (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __100 Courthouse Square Room 103 Sullivan, IN 47882__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Sullivan Co Court house / state of Indiana__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Ann Smith Mischler (Prosecuting attorney) for Sullivan County violated my rights of due Process and wrongful detention in September of 2021 By Sentencing me under Cause # 77C01-2012-F4-000731 out of Sullivan County indiana, this Happend in Robert Hunley II's Court Room in Sullivan County Court house

How? were my rights violated? while I Matthew Bryant Pugh Dob 05/26/1992 was Being obtained By indiana State Police for Cause # listed above, (ISP) violated my Constitutional rights as a u.s. Citizen for the

or By the use of excessive force during my obtainment which By Indiana state laws Makes My process of obtainment "Illegal" meaning any Conviction that is Related to that arrest By those officers is Also "Illegal" in which ive already Sued the (ISP) officer who was Responsible for all that and we Came to a settlement agreement which is a admission of Guilt, in which all paperwork is Accessible.

Prosecuting Attorney Ann Smith Mischler violated my constitutional rights of due Process and wrongful detention, By going through with a Conviction whose obtainment process / Right of due Process were violated.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I believe $400,000 + $5,000 for every day that I am incarcerated on this Case under Cause #77C01-2012-F4-000731 and to Cover any and all Taxes on the Amount, and all legal fines or BMV fines I owe to the State of indiana to Be Paid in full

I appreciate the time, youve taken to read through this, id also Request all attorney fees to Be paid in refrence to Re-opening any Case in State "Criminal Court"

**FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

E.  JURY DEMAND

[✓]  Jury Demand – I want a jury to hear my case
        OR

[ ]  Court Trial – I want a judge to hear my case

Dated this 21st day of April 20 23.

Respectfully Submitted,

_Matthew Bryant Pugh_
Signature of Plaintiff

200550
Plaintiff's Prisoner ID Number

1000 Van-nuys Rd / P.O. Box E, New Castle Indiana, 47362
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Matthew Bryant Pugh_
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**