UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW BRYANT PUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-00735-JMS-TAB |
| ANN SMITH MISCHLER, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This case is dismissed **without prejudice**.

Date: 9/20/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

MATTHEW BRYANT PUGH
200550
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362